BEFORE THE SECOND DIVISION, AUGUST 19, 1946

**No. 51269.**—Protests 937098–K, etc., of New York Merchandise Co., Inc. (New York).

Opinion by LAWRENCE, J.   From the uncontradicted evidence it was held that the brass-base shells similar in all material respects to those the subject of *New York Merchandise Co., Inc.* v. *United States* (8 Cust. Ct. 209, C. D. 607) and the Christmas tree lamps the same as those involved in *New York Merchandise Co., Inc.* v. *United States* (16 Cust. Ct. 148, C. D. 1003) are dutiable at 35 percent under paragraph 353 as parts of articles having as an essential feature an electrical element or device, such as signs.   Marcel irons similar to those the subject of Abstract 38680 were held dutiable at 40 percent under paragraph 339 as household utensils. The protests were sustained to this extent.

**No. 51270.**—Protest 976801–G of New York Merchandise Co., Inc. (New York).

Opinion by LAWRENCE, J.   From the uncontradicted evidence it was held that the Christmas tree lamps similar in all material respects to those the subject of *New York Merchandise Co., Inc.* v. *United States* (16 Cust. Ct. 148, C. D. 1003) and the brass-base shells the same as those involved in *New York Merchandise Co., Inc.* v. *United States* (8 Cust. Ct. 209, C. D. 607) are dutiable at 35 percent under paragraph 353 as parts of articles having as an essential feature an electrical element or device, such as signs.   Calendars similar to those the subject of Abstract 40681 and marcel irons the same as those involved in Abstract 38680 were held dutiable at 40 percent under paragraph 339 as household utensils.   The protest was sustained to this extent.

AUGUST 19, 1946

**No. 51271.**—SUIT 4521.— —*Florea & Co., Inc.* v. *United States.*   Reap. Dec. 6190 reversed and remanded June 11, 1946.   C. A. D. 339.